UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 14 2025

JEFFREY P. COLWELL
CLERK

4.   If you are proceeding pursuant to 28 U.S.C. § 1915 and the motion, affidavit, and certified copy of your trust fund account statement (or institutional equivalent) are in proper form, you must pay the full $350.00 filing fee in monthly installments. *See* 28 U.S.C. § 1915(b)(1). The Court will enter an order directing your custodian to calculate and disburse funds from you inmate trust fund account or institutional equivalent in the amounts specified by 28 U.S.C. § 1915(b) until the full $350.00 filing fee is paid.

**The Complaint**

1.   Each named defendant must be listed in the caption of the complaint, one defendant per line. If there is more than one defendant, you should indicate clearly in the body of the complaint which actions are attributable to each defendant.

2.   You must provide the Court with an original complaint. You should keep a copy of the complaint for your own records. The Court will not provide a copy for you.

3.   When your complaint is completed, it should be mailed with the filing fee or motion for leave to proceed pursuant to 28 U.S.C. § 1915 to the Clerk of the United States District Court at the following address:

> Clerk of the Court
> Alfred A. Arraj United States Courthouse
> 901 19th Street, Room A105
> Denver, CO 80294-3589

4.   Each original document (except the original complaint) must include a certificate stating the date a copy of the document was mailed to the opposing party or his, her, or its attorney and the address to which it was mailed. Any document that fails to include a certificate of service may be disregarded by the Court or returned.   An example of a certificate of service is:

> I hereby certify that a copy of the foregoing pleading/document was mailed to
> _____ (defendant(s) or counsel for defendant(s))
> at _____ (address) on _____, 20____.
>
> _____
> Plaintiff's Original Signature

5.   The United States district judges, the United States magistrate judges, the Clerk of the Court, and deputy clerks are officers of the Court and are prohibited from giving legal advice. Legal questions should be directed to an attorney.

(Rev. 12/01/23)

**A.   PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Carol Baker 183685  LVCF  1401 W. 17th St., Pueblo, CO. 81003
(Name, prisoner identification number, and complete mailing address)

_____
(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

___ Pretrial detainee
___ Civilly committed detainee
___ Immigration detainee
_X_ Convicted and sentenced state prisoner
___ Convicted and sentenced federal prisoner
___ Other: (*Please explain*) _____


**B.   DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: Sgt. Englehart   Weld County Sheriff's Office
(Name, job title, and complete mailing address)
Jail - Weld County Sheriff's in Greeley, CO 80631

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? _✓_ Yes ___ No (*check one*). Briefly explain:

_____
_____

Defendant 1 is being sued in his/her ___ individual and/or ___ official capacity.

2

Defendant 2: __Deputy Bacon Weld County Sherriff's office__
(Name, job title, and complete mailing address)
__Jail - Greeley, CO - 80631__

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (*check one*). Briefly explain:

_____

_____

Defendant 2 is being sued in his/her ___ individual and/or ___ official capacity.

Defendant 3: __Deputy Carnon (male) Weld Co. Sheriff's office__
(Name, job title, and complete mailing address)
__(Jailer) Weld County Sheriff's office Jail Greeley, CO__

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (*check one*). Briefly explain:

_____

_____

Defendant 3 is being sued in his/her ___ individual and/or ___ official capacity.

## C. JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

✓ State/Local Official (42 U.S.C. § 1983)

___ Federal Official
As to the federal official, are you seeking:
   ___ Money damages pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971)
   ___ Declaratory/Injunctive relief pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1361, or 28 U.S.C. § 2201

___ Other: (*please identify*) _____

D. **STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: Illegal Seach of Body 4th Ammdement

Supporting facts: Deput Englehart and Deputy Carmon (male) Englehart told me Deputy Bacon Deputy Carmon and Bacon were taking me to U.C. Health to see the Dr. After getting there Dr. Matthew Lutrell said "I am suppose to do a pelvic to check you for drugs". I said "I've never used drugs in my life." Dr. said - why not a UA or Blood test, she doesn't look high on drugs. Deputy Carmon said "pelvic ordered by our Sargent". Deputy Carmon (male) and Deputy Bacon stood at the end of the bed watching everything. I was sobbing the whole time, 63 yrs. old and have this done for <u>no</u> reason. The test was "Nothing Found."

When we got back I told Sgt. Englehard I wanted a lab test or urine test sent out. She said "This is in house so it won't follow you." I was put in lock up for 28 days and the charge <u>is</u> on my record.

### E. PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated?  ✗ Yes ___ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s): Deputy Englehart
" Cournon
Docket number and court: " Bacon

Claims raised: _____

Disposition: (is the case still pending? has it been dismissed?; was relief granted?) Dismissed

Reasons for dismissal, if dismissed: I felt intimidated to go forward.

Result on appeal, if appealed: _____

### F. ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

✗ Yes ✗ No (*check one*)

Did you exhaust administrative remedies?

✗ Yes ___ No (*check one*)

Reported verbally to officer Englehart's supervisor. Filed a grievance

## G. REQUEST FOR RELIEF

State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."

2.5 million for pain and suffering.

## H. PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

*Carol Baker 183655*
(Plaintiff's signature)

*4-4-25*
(Date)

(Revised November 2022)

## CERTIFICATE OF PRISON OFFICIAL

I certify that the attached statement is an accurate copy of the inmate trust fund account statement or institutional equivalent for the past six months for the prisoner named below.

Prisoner's Name: Carol Baker

Signature of Authorized Prison Official: Carol Baker

Date: 4-4-25

I have no one that sends me funds monthly.

## AUTHORIZATION

I, __Carol Baker__, request and authorize the agency holding me in custody to calculate and disburse funds from my inmate trust fund account or institutional equivalent in the amounts specified by 28 U.S.C. § 1915(b). This authorization is furnished in connection with this civil action and I understand that the total filing fee of $350.00 is due and will be paid from my inmate trust fund account or institutional equivalent regardless of the outcome of this case.

N.A., no trust fund account

Prisoner Name (please print): __Carol Baker__

Prisoner Signature: __Carol Baker__